UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
**ROSS DANIEL WALKER**,
:
                Plaintiff,
:
: **MEMORANDUM DECISION AND ORDER**
    – against –
:
: 22-CV-2246 (AMD) (LB)
:
**TRANSUNION CREDIT BUREAU, PREMIER MEMBERS**, **EQUIFAX FRAUD DEPARTMENT** and **EXPERIAN CREDIT BUREAU**,
:
:
                Defendants.
------------------------------------------------------------ X

**ANN M. DONNELLY**, United States District Judge:

      The plaintiff alleges that the defendants conspired to "redact[ ]" and "alter" his credit report in violation of the "Privacy Act," for which he seeks 1.6 trillion dollars in damages. (ECF No. 1 at 5.) I dismissed the complaint on April 28, 2022 for failure to state a claim, and gave the plaintiff 30 days to file an amended complaint. (ECF No. 5.) I warned that if the plaintiff did not file an amended complaint by that time, "then judgment dismissing this action will enter." (*Id.* at 3.) The plaintiff has not filed an amended complaint, and the time for doing so has passed.

Accordingly, the Clerk of Court is directed to enter judgment and close this case. The Clerk of Court is also respectfully requested to mail a copy of this Order to the plaintiff and to note the mailing on the docket. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

s/Ann M. Donnelly
_____
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
       June 6, 2022